# Exhibit A

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
05/02/2024
CT Log Number 546343574

## Service of Process Transmittal Summary

**TO:** Michael Johnson, Legal Assistant
The Hartford
1 HARTFORD PLZ
HARTFORD, CT 06155-0001

**RE:** **Process Served in Nevada**

**FOR:** Twin City Fire Insurance Company (Domestic State: IN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | AAAA INVESTMENTS, LLC, a Nevada limited liability company vs. TWIN CITY FIRE INSURANCE COMPANY |
| **DOCUMENT(S) SERVED:** | Letter, Summons, Amended Complaint |
| **COURT/AGENCY:** | Clark County District Court, NV<br>Case # A24891581C |
| **NATURE OF ACTION:** | Insurance Litigation |
| **PROCESS SERVED ON:** | C T Corporation System, Carson City, NV |
| **DATE/METHOD OF SERVICE:** | By Non-Traceable Mail on 05/02/2024 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED:** | Nevada |
| **APPEARANCE OR ANSWER DUE:** | Within 21 days after this Summons is served on you, exclusive of the day of service |
| **ATTORNEY(S)/SENDER(S):** | Peter B. Mortenson, Esq.<br>MORTENSON & RAFIE, LLP<br>10781 W. Twain Avenue<br>Las Vegas, NV 89135<br>702-363-4190 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/03/2024, Expected Purge Date: 05/08/2024<br><br>Image SOP<br><br>Email Notification, Michael Johnson MICHAEL.JOHNSON@THEHARTFORD.COM<br><br>Email Notification, Fiona Rosenberg fiona.rosenberg@thehartford.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>701 S. Carson Street<br>Suite 200<br>Carson City, NV 89701<br>877-564-7529<br>MajorAccountTeam1@wolterskluwer.com |

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
05/02/2024
CT Log Number 546343574

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

3813
Nevada Division of Insurance
1818 E. College Pkwy., Ste. 103
Carson City, NV 89706-7986

US POSTAGE PITNEY BOWES
ZIP 89701 $ 001.87⁰
02 4W
0000390933 APR 29 2024

Twin City Fire Insurance Company
The Corporation Trust Company Of Nevada
701 S Carson St Ste 200
Carson City NV 89701-5239

Legal/SOP/ML

Removal_003

JOE LOMBARDO
*Governor*

**STATE OF NEVADA**

DR. KRISTOPHER SANCHEZ
*Director*

SCOTT J. KIPPER
*Commissioner*

**DEPARTMENT OF BUSINESS AND INDUSTRY**

# DIVISION OF INSURANCE

April 29, 2024

TWIN CITY FIRE INSURANCE COMPANY (License No. 657)
THE CORPORATION TRUST COMPANY OF NEVADA
701 S CARSON ST STE 200
CARSON CITY NV 89701-5239

Re: Notice of Service of Process (SOP No. 3334)
AAAA Investments, LLC v. The Hartford Financial Services Group, Inc., et al.
Case No. A-24-891581-C, District Court, Clark County, NV

Enclosed you will find a summons or initial documents, which has been personally served upon the Nevada Commissioner of Insurance as statutory attorney to accept service of process on your behalf. These documents were served at 11:41 a.m. on April 25, 2024.

Sincerely,

Scott J. Kipper
Commissioner of Insurance

By: /s/ Melanie Lyons
Service of Process Clerk

Enclosures

Electronically Issued
4/19/2024 4:06 PM

**SEI**
Peter B. Mortenson, Esq.
Nevada Bar No. 05725
Darius F. Rafie, Esq.
Nevada Bar No. 06465
**MORTENSON & RAFIE, LLP**
10781 W. Twain Avenue
Las Vegas, NV 89135
Ph: 702-363-4190
Fx: 702-363-4107
Email: manager@nvlaw.us
*Attorneys for AAAA Investments, LLC*

**MORTENSON & RAFIE, LLP**
10781 West Twain Avenue
Las Vegas, Nevada 89135
Telephone (702) 363-4190 Facsimile (702) 363-4107

DISTRICT COURT

CLARK COUNTY, NEVADA

AAAA INVESTMENTS, LLC, a Nevada limited liability company,

Plaintiff,

vs.

THE HARTFORD FINANCIAL SERVICES GROUP, INC., a Connecticut corporation doing business in Nevada; TWIN CITY FIRE INSURANCE COMPANY, a Connecticut corporation doing business in Nevada; DOES I through X; and ROE CORPORATIONS I through X, inclusive

Defendants.

Case No.: A-24-891581-C
Dept. No.:

**SUMMONS**

RECEIVED
APR 25 2024
DIVISION OF INSURANCE
STATE OF NEVADA

**SUMMONS - CIVIL**

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

Twin City Fire Insurance Company
c/o Nevada Division of Insurance
1818 E. College Parkway, Suite 103
Carson City, Nevada 89706

MORTENSON & RAFIE, LLP
10781 West Twain Avenue
Las Vegas, Nevada 89135
Telephone (702) 363-4190 Facsimile (702) 363-4107

TO THE DEFENDANT(S): A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

1. If you intend to defend this lawsuit, within 21 days after this Summons is served on you, exclusive of the day of service, you must do the following:

   (a) File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.

   (b) Serve a copy of your response upon the attorney whose name and address is shown below.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

STEVEN D. GRIERSON
CLERK OF COURT

By: ______________________ 4/19/2024
Deputy Clerk Date
Regional Justice Center
200 Lewis Avenue
Las Vegas, NV 89155

Demond Palmer

Submitted by:

*/s/ Peter B. Mortenson*

Peter B. Mortenson, Esq.
Nevada Bar No. 05725
Darius F. Rafie, Esq.
Nevada Bar No. 06465
Mortenson & Rafie, LLP
10781 W. Twain Avenue
Las Vegas, NV 89135

**NOTE: When service is by publication, add a brief statement of the object of the action. See Nevada Rules of Civil Procedure 4(b).**

Electronically Filed
4/22/2024 2:58 PM
Steven D. Grierson
CLERK OF THE COURT

**ACOM**
Peter B. Mortenson, Esq.
Nevada Bar No. 05725
Darius F. Rafie, Esq.
Nevada Bar No. 06465
**MORTENSON & RAFIE, LLP**
10781 W. Twain Avenue
Las Vegas, NV 89135
Ph: 702-363-4190
Fx: 702-363-4107
Email: manager@nvlaw.us
*Attorneys for AAAA Investments, LLC*

RECEIVED
APR 25 2024
DIVISION OF INSURANCE
STATE OF NEVADA

**MORTENSON & RAFIE, LLP**
10781 West Twain Avenue
Las Vegas, Nevada 89135
Telephone (702) 363-4190 Facsimile (702) 363-4107

DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| AAAA INVESTMENTS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>TWIN CITY FIRE INSURANCE COMPANY, a Connecticut corporation doing business in Nevada; DOES I through X; and ROE CORPORATIONS I through X, inclusive<br><br>Defendants. | Case No.: A-24-891581-C<br>Dept. No.: XV<br><br>**AMENDED COMPLAINT**<br><br>Arbitration Exempt: Declaratory Relief |

COMES NOW Plaintiff AAAA INVESTMENTS, LLC ("Plaintiff"), by and through its attorneys, the law firm of MORTENSON & RAFIE, LLP, and for its Complaint against Defendant TWIN CITY FIRE INSURANCE COMPANY ("Twin City"), alleges as follows:

**PARTIES AND JURISDICTION**

1. Plaintiff AAAA INVESTMENTS, LLC is, and at all relevant times, was a Nevada limited liability company, doing business in Nevada.

MORTENSON & RAFIE, LLP
10781 West Twain Avenue
Las Vegas, Nevada 89135
Telephone (702) 363-4190 Facsimile (702) 363-4107

2. Defendant Twin City is, and at all relevant times, was a Connecticut corporation, doing business in Nevada.

3. DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive, are other parties or entities which are liable to Plaintiff for the damages complained of or remedies sought herein, whose names are unknown to the Plaintiff and who therefore, sues said defendants by such fictitious names. The legal responsibility of said defendants DOES I through X, and ROE CORPORATIONS I through X arise out of, but is not limited to, their lien holder status, contractual liability, and/or their agency, master/servant or joint venture relationship with defendants. The names of the DOES and ROE defendants will be supplied specifically in these proceedings whey they are discovered by the Plaintiff, and Plaintiff will seek leave of the Court to amend its Complaint when the identity of these defendants is determined.

## GENERAL ALLEGATIONS

4. Plaintiff is the owner of the commercial building located at 5889 E. Lake Mead Blvd, Las Vegas, Nevada (the "Property").

5. Defendant is engaged in providing insurance policies and services to commercial businesses in Las Vegas.

6. Plaintiff and Defendant entered into a contract whereby Defendant agreed to insure the Property under policy number 72 SBA BG0013 SC (the "Policy").

7. The period of coverage for the Policy is February 24, 2023 to February 24, 2024.

8. Under the Policy, Plaintiff is covered for theft and vandalism.

MORTENSON & RAFIE, LLP
10781 West Twain Avenue
Las Vegas, Nevada 89135
Telephone (702) 363-4190 Facsimile (702) 363-4107

9. Under the Policy, there is an exception to coverage if the Property has been vacant for more than 60 consecutive days prior to a loss.

10. The Policy also states that "buildings under construction or renovation are not considered vacant."

11. There is no further definition of "under construction" or "renovation" in the Policy.

12. Plaintiff faithfully paid all of the premiums pursuant to the Policy on time.

13. On July 14, 2023, Plaintiff entered into a lease with a new tenant (the "Lease").

14. The Lease began on August 1, 2023.

15. The Lease included discounts on the first and second months to compensate for the tenant improvements.

16. The tenant received the keys of the Property on August 1, 2023.

17. The tenant immediately began planning for the improvements.

18. On August 10, 2023, the tenant had received a quote for new flooring.

19. On August 12, 2023, the tenant received quotes for a sliding security gate.

20. On August 16, 2023, the tenant received quotes for new signage on the Property.

21. On August 17, 2023, the tenant received a proposal from a construction company for room the addition of interior rooms.

22. On August 18, 2023, power was turned over to the tenants at the Property by NV Energy.

23. During the walkthrough in early August, 2023, the tenant informed Plaintiff of inadequate cooling inside the Property.

MORTENSON & RAFIE, LLP
10781 West Twain Avenue
Las Vegas, Nevada 89135
Telephone (702) 363-4190 Facsimile (702) 363-4107

24. In early September, 2023, Plaintiff had repair work done on all four air conditioning units on the roof of the Property in connection with the ongoing renovation.

25. Later, on September 7, 2023, the Property was broken into and vandalized.

26. There was a hole in the roof, electrical meters were stolen, wiring was stolen, and all four air conditioner units were stolen.

27. The tenants called the police who responded under event number LLV230900089849.

28. On September 21, 2023, there was another break-in at the Property with more damage to the Property.

29. The police responded to that event also under event number LLV230900097689.

30. On September 28, 2023, Plaintiff submitted a claim to Defendant for damages as a result of theft and vandalism.

31. Upon information and belief, Defendant failed to make a complete investigation of Plaintiff's claim, summarily declaring there was no coverage for the claim because the Property was vacant.

32. On October 4, 2023, Defendant sent a letter to Plaintiff denying coverage due to the vacancy exception.

33. The letter denying Plaintiff's claim included a quote of the vacancy provision of the Policy, specifically E.8.a.(1).

34. The letter denying Plaintiff's claim did not include the language in E.8.a.(2) of the Policy that states that "buildings under construction or renovation are not considered vacant."

35. On November 7, 2023, counsel for Plaintiff sent a letter to Defendant noting that Defendant failed to include pertinent provisions from the Policy in the letter denying coverage.

36. Plaintiff's counsel requested that Defendant revisit their denial based upon the construction or renovation under way in the Property which would make the building not vacant pursuant to E.8.a.(2).

37. On November 13, 2023, Defendant responded to Plaintiff's counsel's letter stating that there was no proof of charges paid for the tenant remodeling and demanding contractor invoices to show completed work.

38. On November 29, 2023, Plaintiff's counsel sent a second letter specifically requesting the significance of Defendant's request for proof of charges and requesting a reference to any provision in the Policy requiring such proof of payments.

39. On December 5, 2023, Defendant responded to Plaintiff's counsel's second letter with the following statement without any citation of authority:

> "The act of obtaining estimates for renovations does not override the vacancy provision in the policy. The renovations need to be actively underway for the building to be considered not vacant."

40. Defendant did not provide any language in the Policy or other authority that states that renovations need to be actively underway or a definition for "actively underway."

41. On December 15, 2023, Plaintiff's counsel sent a third letter with documents including a copy of the Lease, NV Energy bills, and estimates of flooring, interior wall estimates, and gate estimates.

42. On January 23, 2024, Defendant indicated their refusal to reconsider their denial of coverage.

//

MORTENSON & RAFIE, LLP
10781 West Twain Avenue
Las Vegas, Nevada 89135
Telephone (702) 363-4190 Facsimile (702) 363-4107

MORTENSON & RAFIE, LLP
10781 West Twain Avenue
Las Vegas, Nevada 89135
Telephone (702) 363-4190 Facsimile (702) 363-4107

**FIRST CAUSE OF ACTION**
**(Breach of Contract)**

43. Plaintiff incorporates and re-alleges each and every paragraph above as though set forth fully herein.

44. Plaintiff and Defendant entered into a valid contract for surety.

45. Under the terms of the contract, Plaintiff's Property is covered for theft and vandalism.

46. Plaintiff performed all of its duties under the contract by paying all of the premiums in a timely manner.

47. Defendant breached the contract by failing to provide coverage for the theft and vandalism that took place during the coverage period.

48. Defendant's breach has caused damage to the Plaintiff in an amount in excess of $15,000.00.

49. Plaintiff is entitled to pre-judgment and post-judgment interest on all amounts due from Defendant.

50. Due to the Defendant's breach, Plaintiff has been forced to hire an attorney and is entitled to reimbursement for attorney fees and costs incurred in this action.

**SECOND CAUSE OF ACTION**
**(Contractual Breach of Covenant of Good Faith and Fair Dealing)**

51. Plaintiff incorporates and re-alleges each and every paragraph above as though set forth fully herein.

52. Plaintiff and Defendant entered into a valid contract for surety.

53. Every contract in Nevada includes an implied duty of good faith and fair dealing, therefore, Defendant owed the Plaintiff a duty of good faith and fair dealing.

MORTENSON & RAFIE, LLP
10781 West Twain Avenue
Las Vegas, Nevada 89135
Telephone (702) 363-4190 Facsimile (702) 363-4107

54. Defendant breached the duty of good faith and fair dealing by failing to perform according to the contract by failing to cover the damages suffered by Plaintiff due to the theft and vandalism on the Property.

55. Defendant's breach denied the Plaintiff's justified expectations of coverage for damages sustained at the Property.

56. Defendant's actions were intentional and malicious, and/or evidenced in bad faith, and/or a wanton and reckless disregard for the rights of the Plaintiff and, therefore, Plaintiff is entitled to an award of exemplary and/or punitive damages in an amount in excess of $15,000.00

57. Plaintiff is entitled to pre-judgment and post-judgment interest on all amounts due from Defendant.

58. Due to the Defendant's breach, Plaintiff has been forced to hire an attorney and is entitled to reimbursement for attorney fees and costs incurred in this action.

## THIRD CAUSE OF ACTION
## (Tortious Breach of Covenant of Good Faith and Fair Dealing)

59. Plaintiff incorporates and re-alleges each and every paragraph above as though set forth fully herein.

60. Plaintiff and Defendant entered into a valid contract for surety.

61. Every contract in Nevada contains with it an implied duty of good faith and fair dealing, therefore, Defendant owed the Plaintiff a duty of good faith and fair dealing.

62. Defendant breached the duty of good faith and fair dealing by failing to perform according to the contract by failing to cover the damages suffered by Plaintiff due to the theft and vandalism on the Property.

MORTENSON & RAFIE, LLP
10781 West Twain Avenue
Las Vegas, Nevada 89135
Telephone (702) 363-4190 Facsimile (702) 363-4107

63. Defendant was in a position of trust because, as insurers, they are fiduciaries of the Plaintiff.

64. Defendant tortiously breached the duty of good faith and fair dealing because they did not intend to fulfill their obligations under the contract.

65. Defendant's Breach has caused damages to Plaintiff in excess of $15,000.00.

66. Due to the Defendant's breach, Plaintiff has been forced to hire an attorney and is entitled to reimbursement for attorney fees and costs incurred in this action.

**FOURTH CAUSE OF ACTION**
(Breach of Fiduciary Duty)

67. Plaintiff incorporates and re-alleges each and every paragraph above as though set forth fully herein.

68. Defendant is a fiduciary of Plaintiff as insurers.

69. Defendant breached their fiduciary duty by failing to cover the damages suffered by Plaintiff due to the theft and vandalism on the Property.

70. Defendant's Breach has caused damages to Plaintiff in excess of $15,000.00.

71. Due to the Defendant's breach, Plaintiff has been forced to hire an attorney and is entitled to reimbursement for attorney fees and costs incurred in this action.

**FIFTH CAUSE OF ACTION**
**(Declaratory Relief)**

72. Plaintiff incorporates and re-alleges each and every paragraph above as though set forth fully herein.

73. Defendant continue to deny Plaintiff's rights under the Policy Agreement and therefore, Plaintiff requests the assistance of this Court in declaring the legal responsibilities and liabilities of Defendant in the Policy.

MORTENSON & RAFIE, LLP
10781 West Twain Avenue
Las Vegas, Nevada 89135
Telephone (702) 363-4190 Facsimile (702) 363-4107

74. Due to the Defendant's actions, Plaintiff has been forced to hire an attorney and is entitled to reimbursement for attorney fees and costs incurred in this action.

**SIXTH CAUSE OF ACTION**
**(Violation of NAC 686A.660, NAC 686.670, NAC 686A.675 and any and all other statutory or code requirements)**

75. Plaintiff incorporates and re-alleges each and every paragraph above as though set forth fully herein.

76. The State of Nevada imposes certain requirements upon insurers when dealing with Nevada insureds.

77. Defendant violated NAC 686A.660 (1) and (2) by failing to include all of the pertinent provision related to the vacancy exception in the Policy.

78. Defendant violated NAC 686A.670 (1) and (2) by failing to make a complete and proper investigation of Plaintiff's claim.

79. Defendant violated NAC 686A.675 (1) by failing to include all of the pertinent provision related to the vacancy exception in the Policy.

80. As a direct or proximate result of Defendant's violations, Plaintiff has been damaged in an amount in excess of $15,000.00.

81. Defendant's actions are oppressive, willful and intentional, or done with reckless disregard for the possible consequences thereof and, as such, punitive damages should be awarded to punish Defendant in an amount in excess of $15,000.00 to deter such conduct in the future.

82. Due to the Defendant's actions, Plaintiff has been forced to hire an attorney and is entitled to reimbursement for attorney fees and costs incurred in this action.

//

MORTENSON & RAFIE, LLP
10781 West Twain Avenue
Las Vegas, Nevada 89135
Telephone (702) 363-4190 Facsimile (702) 363-4107

**SEVENTH CAUSE OF ACTION**
**(Violation of NRS 686A.310 and any and other statutory and code requirements)**

83. Plaintiff incorporates and re-alleges each and every paragraph above as though set forth fully herein.

84. The State of Nevada has statutory rules on what it considers to by Unfair Practices in settling claims.

85. Defendant violated NRS 686A.310 (a) by failing to include a pertinent provision (the renovation exception) to Plaintiff in their letter denying coverage.

86. Defendant violated NRS 686A.310 (b) by failing to acknowledge and act reasonably promptly upon communications from Plaintiff regarding the renovation exception.

87. Defendant violated NRS 686A.310 (c) by failing to adopt and implement reasonable standards for the prompt investigation.

88. Defendant violated NRS 686A.310 (e) by failing to effectuate prompt, fair and equitable settlements of Plaintiff in which the liability of Defendants has become reasonably clear.

89. Defendant violated NRS 686A.310 (n) by failing to provide promptly to Plaintiff a reasonable explanation of the basis in the insurance policy, with respect to the facts of the insured's claim and the applicable law, for the denial of the claim.

90. As a direct or proximate result of Defendant's violation, Plaintiff has been damaged in an amount in excess of $15,000.00.

91. Defendant's actions are oppressive, willful and intentional, or done with reckless disregard for the possible consequences thereof and, as such, punitive damages should be awarded to punish Defendant in an amount in excess of $15,000.00 to deter such conduct in the future.

MORTENSON & RAFIE, LLP
10781 West Twain Avenue
Las Vegas, Nevada 89135
Telephone (702) 363-4190 Facsimile (702) 363-4107

92. Due to the Defendant's actions, Plaintiff has been forced to hire an attorney and is entitled to reimbursement for attorney fees and costs incurred in this action.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays for judgment as follows:

1. For a judgment against Defendants for damages in an amount in excess of $15,000.00;
2. For punitive damages based upon violations of NRS 686A.310;
3. For cost of suit, reasonable attorney fees, interest incurred herein as mandated by NRS 41.600; and
4. For such other and further relief as is just and proper.

DATED this 22 day of April, 2024.

MORTENSON & RAFIE, LLP

*/s/ Peter B. Mortenson*

Peter B. Mortenson, Esq.
Nevada Bar No. 05725
Darius F. Rafie, Esq.
Nevada Bar No. 06465
10781 W. Twain Avenue
Las Vegas, NV 89135
Ph: 702-363-4190
Fx: 702-363-4107
Email: manager@nvlaw.us
*Attorneys for AAAA Investments, LLC*