Chad C. Butterfield, Esq.
Nevada Bar No. 10532
Jeffrey A. Bollers, Esq.
Nevada Bar No. 16501
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
(702) 727-1400; FAX (702) 727-1401
chad.butterfield@wilsonelser.com
jeffrey.bollers@wilsonelser.com
*Attorneys for Defendant*
*Twin City Fire Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AAAA INVESTMENTS, LLC, a Nevada limited liability company<br><br>Plaintiff,<br><br>v.<br><br>TWIN CITY FIRE INSURANCE COMPANY, a Connecticut corporation[1] doing business in Nevada; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.:  2:24-cv-01002-CDS-MDC<br><br>**STIPULATION TO EXTEND DEADLINE TO SUBMIT JOINT STIPULATED FACTS AND JOINT APPENDIX FOR DISPOSITIVE MOTIONS**<br>**(Second Request)** |

---

[1] Twin City is an Indiana corporation, with its principal place of business in the State of Connecticut.

1

Plaintiff AAAA Investments, LLC and Defendant Twin City Fire Insurance Company (collectively the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate as follows:

1. On December 17, 2024, the parties submitted their Joint Stipulation to Stay Discovery Pending Dispositive Motions. [ECF 14]

2. By Order dated December 19, 2024, the Court approved the parties' stipulation, vacated all remaining scheduling deadlines and adopted the parties' proposed deadlines and briefing schedule. [ECF 15]

3. On January 21, 2025, the parties submitted a Stipulation to Extend Deadlines for Dispositive Motions [ECF 16], which the Court approved by order dated January 23, 2025. [ECF 17]

4. The parties have exchanged drafts of their proposed Joint Stipulated Facts and have conferred via video conference in an effort to reach an agreement regarding the facts to which each party is willing to stipulate and the documents to be included in the parties' Joint Appendix.

5. The parties require a short extension of time to finalize their Joint Stipulated Facts and Joint Appendix.

6. The parties are not requesting changes to the other deadlines for the briefing schedule.

7. The parties hereby stipulate to amend the current deadlines as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Last day to file Joint Stipulation of Facts and Joint Appendix | January 28, 2024 | **January 31, 2025** |
| Deadline to File Motions for Summary Judgment | February 14, 2025 | **February 14, 2025** |
| Deadline to File Response Briefs | March 7, 2025 | **March 7, 2025** |
| Deadline to File Reply Briefs | March 21, 2025 | **March 21, 2025** |

8. All other terms of the parties' Joint Stipulation to Stay Discovery Pending Dispositive Motions [ECF 14] remain intact.

///

///

///

2

9. The proposed amended deadlines will not prejudice either party and will not unduly delay resolution of this case. The parties will submit their Joint Stipulated Facts and Joint Appendix prior to the proposed deadline if they are able to finalize them earlier.

**IT IS SO STIPULATED.**

DATED: January 28, 2025

| **MORTENSON & RAFFIE, LLP** | **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP** |
|---|---|
| */s/ Peter B. Mortenson*<br>Peter B. Mortenson, Esq.<br>Nevada Bar No. 05725<br>10781 W. Twain Ave.<br>Las Vegas NV 89135<br>Email: Manager@nvlaw.us<br><br>*Counsel for Plaintiff AAAA Investments, LLC* | */s/ Chad C. Butterfield*<br>Chad C. Butterfield, Esq.<br>Nevada Bar No. 10532<br>6689 Las Vegas Blvd. South, Suite 200<br>Las Vegas, NV 89149<br>Email: Chad.Butterfield@wilsonelser.com<br><br>*Counsel for Defendant Twin City Fire Insurance Company* |

**ORDER**

The above stipulation of the Parties is hereby approved and entered.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 2-3-25