Peter B. Mortenson, Esq.
Nevada Bar No. 05725
Darius F. Rafie, Esq.
Nevada Bar No. 06465
**MORTENSON & RAFIE, LLP**
8375 W. Flamingo Rd., Ste. 102
Las Vegas, NV 89147
Ph: 702-363-4190
Fx: 702-363-4107
Email: manager@nvlaw.us
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| AAAA INVESTMENTS, LLC, a Nevada limited liability company,<br><br>Plaintiff<br><br>v.<br><br>TWIN CITY FIRE INSURANCE COMPANY, a Connecticut corporation1 doing business in Nevada; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants | Case No.: 2:24-cv-01002-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITION TO MOTION FOR RECONSIDERATION PURSUANT TO LR 59-1**<br><br>[First Request]<br><br>[ECF No. 34] |

Plaintiff AAAA INVESTMENTS, LLC (hereinafter "Plaintiff"), and Defendant TWIN CITY FIRE INSURANCE COMPANY (hereinafter "Defendant"), by and through their respective Counsels, hereby stipulate and agree pursuant to LR IA 6-1 to extend the deadline for Plaintiff to file its Opposition to Defendant's Motion for Reconsideration Pursuant to LR 59-1 ("Motion for Reconsideration") by two weeks, from the current deadline of October 23, 2025 to November 6, 2025. This is the first requested extension.

WHEREAS, on October 9, 2025, Defendant filed its Motion for Reconsideration [ECF No. 33], the deadline for Plaintiff to respond to the Motion for Reconsideration is currently set for October 23, 2025.

1  The Parties have agreed to extend the deadline for Plaintiff to file its Opposition by two (2)
2 weeks, to November 6, 2025. The requested extension is supported by good cause, as
3 Plaintiff's counsel is currently dealing with several competing deadlines in other matters and
4 the requested extension will not prejudice Defendant.
5  NOW, THEREFORE, in consideration of the foregoing, the Parties hereby stipulate to
6 continue the deadline for Plaintiff to file its Opposition to Defendant's Motion for
7 Reconsideration Pursuant to LR 59-1 by two (2) weeks, to November 6, 2025.

DATED this 22 day of October, 2025.

**MORTENSON & RAFIE, LLP**

 /s/ *Peter B. Mortenson*
_____
Peter B. Mortenson, Esq.
Nevada Bar No. 05725
Darius F. Rafie, Esq.
Nevada Bar No. 06465
8375 W. Flamingo Rd., Ste. 102
Las Vegas, NV 89147
Ph: 702-363-4190
Fx: 702-363-4107
Email: manager@nvlaw.us
*Attorneys for Plaintiff*

DATED this 22 day of October, 2025.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

 /s/ *Chad C. Butterfield*
_____
Chad C. Butterfield, Esq.
Nevada Bar No. 10532
Jeffrey A. Bollers, Esq.
Nevada Bar No. 16501
6689 Las Vegas Blvd. South, Ste. 200
Las Vegas, NV 89119
Ph: (702) 727-1400
Fx: (702) 727-1401
Email: chad.butterfield@wilsonelser.com
*Attorneys for Defendant*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: October 22, 2025