Peter B. Mortenson, Esq.
Nevada Bar No. 05725
Darius F. Rafie, Esq.
Nevada Bar No. 06465
**MORTENSON & RAFIE, LLP**
8375 W. Flamingo Rd., Ste. 102
Las Vegas, NV 89147
Ph: 702-363-4190
Fx: 702-363-4107
Email: manager@nvlaw.us
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| AAAA INVESTMENTS, LLC, a Nevada limited liability company,<br><br>Plaintiff<br><br>v.<br><br>TWIN CITY FIRE INSURANCE COMPANY,<br><br>Defendant | Case No.: 2:24-cv-01002-CDS-MDC<br><br>**STIPULATION TO DISMISS** |

Plaintiff AAAA INVESTMENTS, LLC (hereinafter "Plaintiff"), and Defendant TWIN CITY FIRE INSURANCE COMPANY (hereinafter "Defendant"), by and through their respective Counsels, hereby stipulate and agree that this case be dismissed in its entirety with prejudice, each party to bear their own attorney's fees and costs.

WHEREAS, the parties have reached a full and final settlement of any and all claims pending in this action.

NOW, THEREFORE, in consideration of the foregoing, the Parties hereby stipulate that this case be dismissed in its entirety with prejudice, each party to bear their own attorney's fees and costs.

| | |
|---|---|
| DATED this 08 day of January, 2026. | DATED this 08 day of January, 2026. |
| **MORTENSON & RAFIE, LLP** | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** |
| /s/ Peter B. Mortenson | /s/ Chad C. Butterfield |
| Peter B. Mortenson, Esq.<br>Nevada Bar No. 05725<br>Darius F. Rafie, Esq.<br>Nevada Bar No. 06465<br>8375 W. Flamingo Rd., Ste. 102<br>Las Vegas, NV 89147<br>Ph: 702-363-4190<br>Fx: 702-363-4107<br>Email: manager@nvlaw.us<br>*Attorneys for Plaintiff* | Chad C. Butterfield, Esq.<br>Nevada Bar No. 10532<br>Jeffrey A. Bollers, Esq.<br>Nevada Bar No. 16501<br>6689 Las Vegas Blvd. South, Ste. 200<br>Las Vegas, NV 89119<br>Ph: (702) 727-1400<br>Fx: (702) 727-1401<br>Email: chad.butterfield@wilsonelser.com<br>*Attorneys for Defendant* |

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge

Dated: January 9, 2026